Case: 1:26-mj-00171
Assigned To: Judge Harvey, G. Michael
Assign. Date: 9/30/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On September 27, 2026, at approximately 0050 hours (12:50 AM), members of the Metropolitan Police Department ("MPD") officers observed a gray, two-door Infiniti sedan bearing Virginia tag [redacted] idling in the pedestrian cross walk located at the intersection of 44th Street NE and Hunt Place NE in Washington, D.C. The driver of the vehicle, later identified as Marquise Staunton ("STAUNTON"), was asleep behind the wheel of the vehicle.




***Figure 1. Screenshot of Ofc. Jason McCowin's BWC Showing Vehicle (Circled) Stopped at Intersection of 44th Street NE and Hunt Place NE.***




***Figure 2. Screenshot of Ofc. Jason McCowin's BWC Showing STAUNTON Asleep inside Vehicle.***

MPD officers conducted a WALES/NCIC check of the Infiniti's displayed tags, which returned to a different vehicle—a Chrysler.

Officers approached the vehicle, opened the driver's door, and turned the engine off. STAUNTON remained unresponsive for several minutes until officers attempted to remove him from the vehicle. Officers tugged on STAUNTON's arms and instructed him to exit the vehicle; however, STAUNTON did not comply with officers' instructions and tensed his arms and body. As officers tried to remove STAUNTON from the vehicle, STAUNTON resisted. He grabbed onto the steering wheel, turned on the vehicle's engine, and attempted to put the vehicle in drive. While resisting officers, STAUNTON pressed the gas petal with his foot while the vehicle was still in park—loudly revving the vehicle's engine (Ofc. McCowin BWC at 00:57:49 to 00:57:58).




***Figure 3. Screenshot of Ofc. Jason McCowin's BWC Showing STAUNTON's Foot on Gas Petal While Resisting Arrest (Circled).***

Officers utilized OC spray and ultimately removed STAUNTON from the vehicle. STAUNTON was then placed under arrest. During a search of STAUNTON incident to arrest, law enforcement recovered a large bag of 190 grams of a green leafy substance from inside the left pocket of STAUNTON's pants.




***Figure 4. Screenshot of Ofc. Jason Adams's BWC Showing Green Leafy Substance Recovered from the Left Pocket of STAUNTON's Pants.***

A portion of the green leafy substance field tested positive for the presence of tetrahydrocannabinol (THC), which is the active ingredient in marijuana.

Law enforcement also recovered a firearm from the right pocket of STAUNTON's jacket.




***Figure 5. Screenshot of Ofc. Jason Adams's BWC Showing Recovery of Firearm (Circled).***




***Figure 6. Screenshot of Ofc. Jason Adams's BWC Showing Recovery of Firearm.***

The recovered firearm was a Smith & Wesson SD9VF handgun bearing serial number FYK8546. The firearm was loaded with one round of ammunition in the chamber. At the time of recovery, the firearm appeared to be fully functional and was designed to expel a projectile by means of an explosion. The firearm was designed to be fired by the use of a single hand and had a barrel length of less than 12 inches.

A WALES/NCIC query of the VIN number of STAUNTON's vehicle revealed that the vehicle was reported as stolen. During a search of the vehicle, law enforcement recovered from the driver's seat a $20 bill containing a 1.5 grams of a white rock-like substance, which field-tested positive for cocaine base.

A bag located in the rear seat was searched, resulting in the recovery of an extended magazine containing ammunition and empty Mylar zips. A search of the trunk revealed rifle rounds, a digital scale, two universal key fobs, a Flipper Zero, and handgun ammunition.

Law enforcement identified STAUNTON as Marquise Staunton by this his District of Columbia drivers' license. A WALES/NCIC query of STAUNTON's drivers' license revealed that it was in suspended status. STAUNTON was placed under arrest and transported to the MPD's Sixth District station for processing.

A search of STAUNTON's criminal history revealed that, prior to September 27, 2026, STAUNTON had been previously convicted of a crime punishable by imprisonment for a term exceeding one-year. Specifically, in 2017, STAUNTON was convicted of Robbery in Superior Court for the District of Columbia case number 2017 CF3 004114 and sentenced to 30 months of incarceration with three years of supervised release.[1]

Your affiant is not aware of any firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above as possessed by STAUNTON necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge MARQUISE STAUNTON with a violation of 18 U.S.C. § 922(g)(1) (**Unlawful Possession of Firearm or Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).**

______________________________

Task Force Officer Kanyen Andersen
About the Bureau of Alcohol, Tobacco, Firearms and Explosives

[1] STAUNTON was originally sentenced on October 17, 2017 to 48 months of incarceration, execution of sentence suspended as to all but 24 months with a period of 18 months of supervised probation. The Defendant's probation was revoked on April 20, 2022. On April 21, 2022, Judge Lynn Leibovitz resentenced STAUNTON to 30 months of incarceration with three years of supervised release.

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on September 30, 2026.

G. Michael Harvey
The Honorable United States Magistrate Judge